# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSEMAWR MUNICIPAL PARTNERS FUND LP AND ROSEMAWR CAPITAL I LP,<br><br>            Plaintiffs,<br><br>      v.<br><br>ACR ENERGY PARTNERS, LLC, ENERGENIC-US, LLC, DCO ENERGY, LLC, MARINA ENERGY, LLC AND SOUTH JERSEY INDUSTRIES, INC.<br><br><br>            Defendants. | Case No. 1:15-cv-06903-RBK-AMD<br><br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE, Plaintiffs Rosemawr Municipal Partners Fund LP and Rosemawr Capital I LP will move before the Honorable Robert Kugler, U.S.D.J. on November 16, 2015 for an Order seeking entry of default.

In support of my motion, please see the Affidavit attached thereto.

/s/ A. Jeff Ifrah
A. Jeff Ifrah
Ifrah Law PLLC
1717 Pennsylvania Ave. NW
Washington, DC 20006
jeff@ifrahlaw.com
202-524-4140

Date: October 23, 2015

1

## **CERTIFICATION**

I, A. Jeff Ifrah, certify that no other parties have appeared in this action and that, pursuant to Fed. R. Civ. P. 5(a)(2), there are no parties upon whom service is required.

/s/ A. Jeff Ifrah
A. Jeff Ifrah