## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSEMAWR MUNICIPAL PARTNERS FUND LP AND ROSEMAWR CAPITAL I LP,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACR ENERGY PARTNERS, LLC, ENERGENIC-US, LLC, DCO ENERGY, LLC, MARINA ENERGY, LLC AND SOUTH JERSEY INDUSTRIES, INC.<br><br><br>　　　　　Defendants. | Case No. 1:15-cv-06903-RBK-AMD<br><br><br>**MOTION FOR CLERK'S ENTRY OF DEFAULT** |

　　　　Plaintiffs Rosemawr Municipal Partners Fund LP and Rosemawr Capital I LP request that the clerk of the court enter default against defendants, ACR Energy Partners LLC, Energenic-US, LLC, DCO Energy, LLC, Marina Energy, LLC, and South Jersey Industries, Inc. pursuant to Federal Rule of Civil Procedure 55(a). As set forth in the attached Affidavit, the summons and complaint were served on each of the defendants, ACR Energy Partners LLC, Energenic-US, LLC, DCO Energy, LLC, Marina Energy, LLC, and South Jersey Industries, Inc. on September 29, 2015, in accordance with New Jersey Court Rule 4:4-4 (a)(6) (permitting service on corporation through personal service on an agent of the corporation), as set forth below. Therefore, the defendants were properly served pursuant to Fed. R. Civ. P. 4(h)(1). Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(1), a response from Defendants was due October 20, 2015.

Because there are no complex or disputed legal issues and the facts are presented adequately in the attached attorney's affidavit, a brief is not necessary. *See* Loc. Civ. R. 7.1(d)(4).

Dated this 23rd day of October 2015.

/s/ A. Jeff Ifrah
A. Jeff Ifrah
Attorney for Plaintiffs
Ifrah Law PLLC
1717 Pennsylvania Ave. NW
Washington, DC 20006
jeff@ifrahlaw.com
202-524-4140

## **CERTIFICATION**

I, A. Jeff Ifrah, certify that no other parties have appeared in this action and that, pursuant to Fed. R. Civ. P. 5(a)(2), there are no parties upon whom service is required.

/s/ A. Jeff Ifrah
A. Jeff Ifrah
