# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSEMAWR MUNICIPAL PARTNERS FUND LP, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ACR ENERGY PARTNERS, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 1:15-cv-6903-RBK-AMD<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having been brought before the Court upon the joint application of Plaintiffs Rosemawr Municipal Partners Fund LP and Rosemawr Capital I LP, by and through their counsel A. Jeff Ifrah, Esq.; Defendants ACR Energy Partners, LLC, Energenic-US, LLC, and DCO Energy, LLC, by and through their counsel George Bruk, Esq.; and Defendants South Jersey Industries, Inc. and Marina Energy, LLC, by and through their counsel, Calcagni & Kanefsky; and the parties having consented to the form and entry of this Order,

**IT IS**, on this _____ day of January, 2016,

**ORDERED** that the complaint and all claims asserted in the above-captioned action are hereby **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees, in accordance with a settlement agreed to among the parties; and it is further

**ORDERED** that this case be transferred to the Honorable Jerome B. Simandle to retain jurisdiction to enforce the terms of the settlement agreement among the parties set forth on the record before Chief Judge Simandle on November 24, 2015.

_____
Honorable Robert B. Kugler, Chief U.S.D.J.

**Submitted upon the consent of:**

s/ A. Jeff Ifrah
A. Jeff Ifrah, Esq.
**IFRAH PLLC**
1717 Pennsylvania Ave. NW
Suite 650
Washington, DC 20006
(202) 524-4140
jeff@ifrahlaw.com

*Counsel for Plaintiffs*
*Rosemawr Municipal Partners Fund LP*
*and Rosemawr Capital I LP*


/s/ George Bruk
George Bruk, Esq.
**THE WEINGARTEN LAW FIRM**
1260 Shelton Road
Piscataway, New Jersey 08854
(732) 393-0048
gbruk@weingartenlaw.com

(cont'd on next page)

*Counsel for Defendants*
*ACR Energy Partners, LLC,*
*Energenics-US LLC, and*
*DCO Energy, LLC*

/s/ Eric T. Kanefsky
Eric T. Kanefsky, Esq.
**CALCAGNI & KANEFSKY**
**THE NEW JERSEY OFFICE OF HARRIS, O'BRIEN**
 **ST. LAURENT & CHAUDHRY, LLP**
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, NJ 07102
Newark, New Jersey  07102-5310
(862) 397-1796
eric@ck-harris.com

*Counsel for Defendants*
*South Jersey Industries, Inc. and*
*Marina Energy, LLC*